AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR23-108 LK |
| | ) | |
| JAMES BENECKE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Benecke                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: Abusive Sexual Contact all in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

Date:   07/05/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Andy Quach, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |