S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES BENECKE,<br><br>    Defendant. | No. 3:23-cr-00059-TMB-KFR |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

The United States, through undersigned counsel, hereby moves for the defendant's pretrial detention pending his transportation to the Western District of Washington. The government is entitled to a detention hearing because this case involves a crime of violence. 18 U.S.C. § 3142(f)(1)(A). Benecke has been charged by Indictment with two counts of Abusive Sexual Contact, 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1). When considering the factors outlined in 18 U.S.C. § 3142(g), there are no reasonable conditions or combination of conditions that will assure the safety of the community. Therefore, Benecke

should be detained.

## 1. The Bail Reform Act Factors Support Detention

The Court shall consider, 1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence; 2) the weight of the evidence against the person; 3) the history and characteristics of the person; and 4) the nature and seriousness of the danger to any person or the community if the person is released. 18 U.S.C. § 3142(g). Because the factors weigh in favor of detention, Benecke should be detained throughout the pendency of this case.

### 1.1. The Nature and Circumstances of The Offense Charged.

On April 12, 2023, Benecke boarded a flight and was seated next to Victim 1, a 16-year-old girl traveling with her classmates to a competition in Salt Lake City, Utah. The first leg of the flight was from Anchorage, Alaska, to SeaTac, Washington. The flight was a redeye, and as a result, the lights were dimmed so passengers could sleep. Benecke was a stranger to the victim. Victim 1 was seated in the middle seat, Benecke, a 41-year-old man, spread his legs out so that his leg was encroaching in Victim 1's leg space. Benecke is 6'1" and approximately 210 pounds with a muscular build. As the flight progressed, Benecke placed his hand on Victim 1's thigh. Victim 1 grabbed his hand and put it back on his lap. Victim 1 pulled her knees to her chest and moved closer to her friend who was seated in the window seat. Benecke placed his hand on Victim 1's buttocks. Victim 1 moved her body away from him. Victim 1 reported this assault to her coach, saying that she had been seated next to a "creepy man" on the previous flight. Her account was corroborated by her friend. She later told her parents and law enforcement. Benecke was

identified as her assailant through flight manifest records confirming he was on the flight and had the ticketed seat next to Victim 1.

Two months later, on June 12, 2023, Benecke was seated next to Victim 2, an 18-year-old woman who was traveling from Dallas/Fort Worth, Texas, to SeaTac, Washington. Victim 2 was returning from her college orientation and was traveling with her boyfriend. Victim 2 was seated in the middle seat, her boyfriend was in the window seat, and Benecke was in the aisle seat. Benecke was a stranger to Victim 2. As with Victim 1, Benecke spread his legs wide, encroaching in Victim 2's leg space. At times, Benecke's leg touched Victim 2's leg. Victim 2 moved over in her seat and closer to her boyfriend. As the flight progressed, Benecke first placed his pinky on Victim 2's leg. He then placed his hand on her thigh, sliding his hand up her thigh towards her genitals. Victim 2 moved her body away from Benecke and tried to leave the row to report the assault to the flight attendants. As Victim 2 got up to speak to the flight attendants, Benecke appeared to be sleeping. She tapped him several times, but he refused to acknowledge her. Victim 2 was forced to jump over Benecke and as she did, she felt his hand on her buttocks. Victim 2 reported his assaults. The flight attendants moved Benecke to another seat.

Upon their arrival at SeaTac Airport, Benecke was identified by both his State issued identification card and his military identification card and was interviewed. Benecke denied the allegations, explaining that he was a big guy and spreads out on planes and any contact was accidental.

## 1.2. The Weight of the Evidence

The evidence of Benecke's guilt is strong. Benecke sexual abused two victims (strangers to one another) in strikingly similar fashion. There is no plausible innocent explanation for this abusive contact. And when interviewed, Benecke offered only a bare and unconvincing denial. Because weight of the evidence in this case is substantial, this factor weighs heavily in favor of detention.

## 1.3. The history and characteristics of Benecke

Benecke is a Chief Warrant Officer in the United States Army. By all accounts, he is a decorated military service member who has dedicated much of his career to service. He is well educated and has been entrusted with teaching others in the Army his trade. Benecke is a recently divorced, 41-year-old man, with two sons. His sons and ex-wife are in Florida. Due to the nature of his work and his family being located across the country, Benecke has an extensive flight history. Benecke previously worked at Joint Base Lewis-McChord, located within the Western District of Washington. However, he currently has no ties to the Western District of Washington other than a vehicle that is still registered there. Benecke does not have a criminal record.

Benecke position of authority and responsibility creates significant concerns. Benecke is entrusted with the safety and security of those around him. Despite this, he is alleged to have victimized two teenagers passengers on two separate occasions. Furthermore, Benecke has an extensive flight history and apparent need to fly in the future, providing him access to additional victims.

Finally, Victim 2 and her boyfriend stated that Benecke was heavily intoxicated on

the flight from Texas to Washington. As Benecke got to his seat his physical gait was unsteady. While on the flight he ordered multiple drinks. While in flight, at times, he appeared confused.

Though there are many aspects of Benecke's history and characteristics that weigh in his favor, his position of authority and power, his need to fly in the future for work and his family giving him access to victims, and his apparent substance abuse issues raise significant concerns.

### 1.4. The Nature and Seriousness of Danger to any Person or the Community

Benecke engaged in abusive sexual contact of two different teenage girls for his own sexual gratification, therefore, Benecke poses a substantial risk of harm to the community. This risk cannot be alleviated by fashioning release conditions because if he is not detained, he will need to fly to appear at hearings in this case, putting innocent passengers at risk. Due to the allegations, the airlines may have banned him from flying, creating a risk of nonappearance at future hearings.

For these reasons, Benecke poses a danger to the community and should be detained.

**CONCLUSION**

In light of the factors set forth in 18 U.S.C. § 3142(g), Benecke should be detained.

RESPECTFULLY SUBMITTED July 11, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Karen Vandergaw
KAREN VANDERGAW
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Karen Vandergaw

U.S. v. Benecke
3:23-cr-00059-TMB-KFR